IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NAIYM SHAHAAB TALIB
aka LONNIE WALKER,

Petitioner,

v.

CHRISTOPHER LANDRUM,
et al.,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5096

Opinion filed March 20, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

Naiym Shahaab Talib aka Lonnie Walker, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Jennifer Parker, General Counsel, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of mandamus is denied on the merits.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.